1  JOSEPH P. RUSSONIELLO (CABN 44332)
2  United States Attorney

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   CYNTHIA M. FREY (CABN 150571)
5  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: Cynthia.Frey@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 09-0676 MHP
                                       )
14          Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME BETWEEN
15          v.                         )   SEPTEMBER 28, 2009 AND OCTOBER
                                       )   19, 2009 FROM CALCULATIONS
16  FRANCISCO CHIPRES-MADRIZ,          )   UNDER THE SPEEDY TRIAL ACT (18
    a/k/a RAMIRO MARTINEZ,             )   U.S.C. § 3161)
17  a/k/a ROBERTO BECERRA,             )
    a/k/a ROBERTO MONTES,              )
18  ,                                  )
                                       )
19          Defendant.                 )
                                       )
20  _____)

21

22      The defendant, Francisco Chipres-Madriz, represented by Elizabeth Falk, Assistant Federal

23  Public Defender, and the government, represented by Cynthia M. Frey, Assistant United States

24  Attorney, appeared before this Court on September 28, 2009 for a status conference.   This

25  matter was continued to October 19, 2009 for a further status conference.

26      The parties agreed that time be excluded under the Speedy Trial Act between September

27  28, 2009 and October 19, 2009 for purposes of continuity of and effective preparation of

28  counsel,

    STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
    CR 09-0676 MHP

//

in order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: October 1, 2009 _____/s/_____
CYNTHIA M. FREY
Assistant United States Attorney

DATED: October 1, 2009 _____/s/_____
ELIZABETH FALK
Attorney for FRANCISCO CHIPRES-MADRIZ

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0676 MHP                        2

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 28, 2009 and October 19, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 28, 2009 and October 19, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between September 28, 2009 and October 19, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  __10/2/2009_____                                    _____



MARILYN H. _____ge
IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0676 MHP                                    3