JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0676 MHP |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN OCTOBER 19, 2009 AND NOVEMBER 16, 2009 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| v. | |
| FRANCISCO CHIPRES-MADRIZ, a/k/a RAMIRO MARTINEZ, a/k/a ROBERTO BECERRA, a/k/a ROBERTO MONTES, , | |
| Defendant. | |

     The defendant, Francisco Chipres-Madriz, represented by Elizabeth Falk, Assistant Federal Public Defender, and the government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before this Court on October 19, 2009 for a status conference. At the hearing. this Court set the a motion schedule requiring that the defendant's proposed motion be filed on November 16, 2009 and that the motion will be heard on December 14, 2009.

     The parties agreed that time be excluded under the Speedy Trial Act between October 19, 2009 and November 16, 2009 for purposes of continuity of and effective preparation of counsel,

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0676 MHP

in order to provide defense counsel with adequate time to review additional discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                JOSEPH P. RUSSONIELLO
                United States Attorney

DATED: October 27, 2009       /s/
                CYNTHIA M. FREY
                Assistant United States Attorney

DATED: October 27, 2009       /s/
                ELIZABETH FALK
                Attorney for FRANCISCO CHIPRES-MADRIZ

CR 09-0676 MHP                2

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 19, 2009 and November 16, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 19, 2009 and November 16, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between October 19, 2009 and November 16, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  10/28/09

MARILYN

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0676 MHP                                         3