1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12

13 
   UNITED STATES OF AMERICA,           )   No. CR 09-0676 MHP
14                                     )
         Plaintiff,                    )   STIPULATION AND [PROPOSED]
15                                     )   ORDER TO CONTINUE DATE FOR
      v.                               )   FILING THE GOVERNMENT'S
16                                     )   OPPOSITION TO MOTION TO DISMISS
   FRANCISCO CHIPRES-MADRIZ,           )
17 a/k/a RAMIRO MARTINEZ,              )   Hearing Date: December 14, 2009:
   a/k/a ROBERTO BECERRA,              )   Time: 11:00 a.m.
18 a/k/a ROBERTO MONTES,               )
                                       )   Current Opposition Filing Date: December
19       Defendant.                    )   8, 2009
                                       )
20                                         Proposed Opposition Filing Date: December
                                           10, 2009
21

22
         The above-captioned case is currently scheduled for a hearing on defendant's Motion to
23
   Dismiss on December 14, 2009.  This Court set the briefing schedule requiring that defendant
24
   file the Motion to Dismiss on November 16, 2009 and that the government file its opposition by
25
   December 8, 2009.  The defendant filed his Motion to Dismiss and Amended Motion to Dismiss
26
   on November 18, 2009.  Due to the late filing of defendant's Motion to Dismiss and scheduling
27
   conflicts, the government requests a continuance of the current opposition filing date to
28

   STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION FILING DATE
   CR 09-0676 MHP

1  December 10, 2009.  Counsel for the defendant has agreed to the proposed continuance and has
2  indicated that the defendant will not be filing a reply.  The parties also stipulate that a
3  continuance of the hearing on the Motion to Dismiss is agreeable, as long as it is continued to a
4  date prior to December 21, 2009.
5      A proposed order is attached hereto.
6
7  IT IS SO STIPULATED.
8
9  DATED: December 7, 2009             /s/
                                       CYNTHIA M. FREY
10                                     Assistant United States Attorney
11
12 DATED: December 7, 2009             /s/
                                       ELIZABETH FALK
13                                     Attorney for FRANCISCO CHIPRES-MADRIZ

STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION FILING DATE
CR 09-0676 MHP

1    Based upon the above and for good cause shown, the date for filing an opposition to
2  defendant's Motion to Dismiss, currently scheduled for December 8, 2009, is vacated and the
3  date for filing an opposition to defendant's Motion to Dismiss is continued to December 10,
4  2009.  Additionally, the date scheduled for the hearing on the Motion to Dismiss, currently
5  scheduled for December 14, 2009, is vacated and the date for the hearing on the Motion to
6  Dismiss is continued to ~~December __, 2009 at _____~~.  January 11, 2010 at 11:00 a.m.

8  IT IS SO ORDERED.

11  DATED: __12/8/2009_____

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION FILING DATE
CR 09-0676 MHP