1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13
   UNITED STATES OF AMERICA,          )   No. CR 09-0676 MHP
14                                    )
        Plaintiff,                    )   STIPULATION AND [PROPOSED]
15                                    )   ORDER TO CHANGE HEARING DATE
        v.                            )   ON DEFENDANT'S MOTION TO
16                                    )   DISMISS
   FRANCISCO CHIPRES-MADRIZ,          )
17 a/k/a RAMIRO MARTINEZ,             )   Current Hearing Date: January 11, 2010:
   a/k/a ROBERTO BECERRA,             )   Time: 11:00 a.m.
18 a/k/a ROBERTO MONTES,              )
                                      )   Proposed Hearing Date: January 25, 2010
19      Defendant.                    )   Time: 11:00 a.m.
                                      )
20

21
        On December 9, 2009, this Court Ordered that the hearing on the above captioned matter
22
   be continued to January 11, 2010.  Counsel for the United States is not available on January 11,
23
   2010 or for the remainder of that week.  On December 16, 2009, the Court clerk indicated that
24
   the Court is not available on January 4, 2010 and the Court's next available date is January 25,
25
   2010.
26
   //
27
   //
28

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE
CR 09-0676 MHP

1 | The parties agree that rescheduling the hearing date is appropriate and, although the
2 | defendant has indicated a preference for an earlier date for the hearing on the Motion to Dismiss,
3 | the parties stipulate to have the hearing on January 25, 2010.
4 |     A proposed order is attached hereto.
5 |
6 | IT IS SO STIPULATED.
7 |
8 | DATED: December 22, 2009                     /s/
                                      CYNTHIA M. FREY
9 |                                       Assistant United States Attorney
10 |
11 | DATED: December 22, 2009                     /s/
                                      ELIZABETH FALK
12 |                                       Attorney for FRANCISCO CHIPRES-MADRIZ
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE
CR 09-0676 MHP

1 | Based upon the above and for good cause shown, the date scheduled for the hearing on
2 | the Motion to Dismiss, currently scheduled for January 11, 2010, is vacated and the date for the
3 | hearing on the Motion to Dismiss is continued to January 25, 2010.
4 |
5 | IT IS SO ORDERED.
6 |
7 |
8 | DATED: __1/4/2010_____

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge Marilyn H. Patel]*

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE
CR 09-0676 MHP